**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 4, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *S.R.U. v. Robert F. Kennedy, Jr., et al.*, No. 26 Civ. 4610 (JMF)

Dear Judge Furman:

This Office represents respondents (the "Government") in the above-named action. I write jointly with Petitioner in response to the Court's order of June 1, 2026, ECF No. 3, to provide a proposal as to how the Court should handle the habeas petition.

The parties have agreed that the conference scheduled for tomorrow morning at 10:30 a.m. can be adjourned, and that briefing in this matter is appropriate. The parties jointly propose the following briefing schedule:

- Respondents' opposition to the habeas petition shall be due by 5 p.m. on June 9, 2026;
- Petitioner's reply in further support of his habeas petition shall be due by June 10, 2026.

I thank the Court for its consideration of these requests.

The parties' proposed briefing schedule is hereby ADOPTED. The conference previously scheduled for June 5, 2026 at 10:30 a.m. is hereby CANCELED.

SO ORDERED

June 4, 2026

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
Tel.: (212) 637-2777
Email: jessica.rosenbaum@usdoj.gov