UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                           :

S.R.U.,                        :

                  Petitioner,      :

                           :        26-CV-4610 (JMF)

       -v-                 :

                           :         <u>ORDER</u>

ROBERT F. KENNEDY, JR. et al.,      :

                           :

                Respondents.   :

                           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The parties shall appear for an **in-person** conference with the Court on **June 25, 2026**, at

**3:00 p.m.** in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, NY.  At the conference, Respondents shall be prepared to address:

- The status and anticipated timing of S.R.U.'s father's application to the Internal Revenue Service for an Individual Taxpayer Identification Number ("ITIN");

- The legal basis and rationale for requiring S.R.U.'s father to provide his ITIN to determine S.R.U.'s sister's suitability as a sponsor;

- Whether that requirement was imposed after S.R.U.'s sister initiated her sponsorship application and, if so, whether it must be applied to her application;

- The legal basis and rationale for allowing a waiver of the ITIN requirement if S.R.U.'s father is the sponsor but not if S.R.U.'s sister is the sponsor; and

- Whether S.R.U. can be released to his sister's custody subject to the requirement that S.R.U.'s father "later" provide his ITIN to Respondents.  UC Policy Guide, Section 2.2.4.

Petitioner's counsel shall be prepared to address the foregoing issues and whether S.R.U.'s father

could become S.R.U.'s sponsor.

      SO ORDERED.

Dated: June 22, 2026
      New York, New York                _____
                                  JESSE M. FURMAN
                                  United States District Judge