**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *S.R.U. v. Robert F. Kennedy, Jr., et al.*, No. 26 Civ. 4610 (JMF)

Dear Judge Furman:

This Office represents Respondents (the "Government") in the above-referenced habeas corpus action. On behalf of the parties, I write respectfully to provide a status update and in accordance with the Court's Order of June 24, 2026, ECF No. 12.

This morning, S.R.U. was released to his family. Accordingly, the parties agree that this case is moot.

We thank the Court for its consideration of this letter.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

June 26, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
Tel.: (212) 637-2777
Email: jessica.rosenbaum@usdoj.gov

cc: Counsel of Record (by ECF)